**IT IS ORDERED as set forth below:**

**Date: January 18, 2019**



_Wendy L. Hagenau_
(signature)

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 18-62259-WLH |
| WANDA YVETTE KNIGHT | CHAPTER 13 |
| Debtor. | |

### ORDER GRANTING MOTION TO RECONSIDER DISMISSAL

Debtor's case was dismissed on November 7, 2018 for failure to timely deliver information to Chapter 13 Trustee. On November 21, 2018 Debtor filed a Motion to Reconsider Order of Dismissal and Reinstate Case (Doc. No. 23) (the "Motion") seeking to reopen this case and the automatic stay be reinstated to full force and effect. Hearing on the Motion was held on January 9, 2018. As no objection to the Motion was raised or timely filed the Motion is deemed unopposed. It is

**ORDERED** that the Debtor's Motion is **_granted_** and the case is hereby reopened and the automatic stay is reinstated to full force and effect as to all creditors. It is

**FURTHER ORDERED** that the Confirmation hearing shall be held on February 27, 2019 at 1:45 p.m. in Courtroom 1403 of the Richard B. Russell Federal Building 75 Ted Turner Dr. SW, Atlanta, GA 30303.

The Clerk is directed to serve a copy of this Order upon Debtor, Counsel for Debtor, the Chapter 13 Trustee and all other parties in interest.

### [END OF DOCUMENT]

Prepared by:
\_\_\_\_/s/\_\_\_\_
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001


No Opposition:

\_\_\_\_/s/\_\_\_\_
Ryan Williams, Esq.
Georgia Bar No. 940874
Nancy J Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
Attorney for Chapter 13 Trustee

## DISTRIBUTION LIST

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Wanda Yvette Knight
160 Country Place Drive
Stockbridge, GA 30281

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

```
Label Matrix for local noticing              Action Recovery Online                     Ashley Funding Services, LLC ISAOA as assign
113E-1                                       2720 E Thomas Rd Bldg C2                   Laboratory Corp of America Holdings
Case 18-62259-wlh                            Phoenix, AZ 85016-8299                     Resurgent Capital Services
Northern District of Georgia                                                            PO Box 10587
Atlanta                                                                                 Greenville, SC 29603-0587
Thu Jan 17 15:37:27 EST 2019

Ashley Funding Services, LLC its successors  ECMC                                       Ecmc
assigns as assignee of Laboratory            P.O. Box 16408                             111 Washington Ave
Corporation of America Holdings              St. Paul, MN 55116-0408                    Minneapolis, MN 55401
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Exeter Finance Corp                          Exeter Finance LLC                         (p)GEORGIA DEPARTMENT OF REVENUE
222 Las Colinas Blvd W                       4515 N Santa Fe Ave. Dept. APS             COMPLIANCE DIVISION
Suite 1800                                   Oklahoma City, OK 73118-7901               ARCS BANKRUPTCY
Irving, TX 75039-5438                                                                   1800 CENTURY BLVD NE SUITE 9100
                                                                                        ATLANTA GA 30345-3202

HSBC Bank USA, N.A., as Trustee for          IRS                                        Wanda Yvette Knight
Ocwen Loan Servicing, LLC                    401 W Peachtree Street NW                  160 Country Place Drive
Attn: Bankruptcy Department                  Atlanta, GA 30308                          Stockbridge, GA 30281-1364
PO Box 24605
West Palm Beach, FL 33416-4605

Andrew Houston McCullen                      Midwest Recovery Syste                     Navient
Aldridge Pite LLP                            514 Earth City Plaza                       Po Box 9500
Suite 500                                    Earth City, MO 63045-1303                  Wilkes Barre, PA 18773-9500
3575 Piedmont Road NE
Atlanta, GA 30305-1636

Ocwen Loan                                   Public Storage                             Rec Mgt Grp
1661 Worthington Rd                          2497 Grove Way                             2901 University Av
West Palm Beach, FL 33409-6493               Castro Valley, CA 94546-7129               Columbus, GA 31907-7606


Seventh Avenue                               Howard P. Slomka                           United States Attorney
1112 7th Ave                                 Slipakoff & Slomka, PC                     Northern District of Georgia
Monroe, WI 53566-1364                        Overlook III - Suite 1700                  75 Ted Turner Drive SW, Suite 600
                                             2859 Paces Ferry Rd, SE                    Atlanta GA 30303-3309
                                             Atlanta, GA 30339-6213

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Exeter Finance LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Ocwen Loan Servicing, LLC

End of Label Matrix
Mailable recipients   21
Bypassed recipients    2
Total                 23