UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **WANDA YVETTE KNIGHT** | **:** | **CASE NUMBER A18-62259-WLH** |
| **DEBTOR** | **:** | |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back by the end of May 2019 following the Confirmation Hearing held on May 8, 2019:**

As to whether Debtor's plan payments are current

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor's plan payments remain delinquent

*Please enter an Order of Dismissal*

This the 3rd day of June, 2019.

                                   ___/s/_____
                                   Ryan J. Williams,
                                   Attorney for Chapter 13 Trustee
                                   GA Bar Number 940874
                                   303 Peachtree Center Ave., NE
                                   Suite 120
                                   Atlanta, GA  30303
/jlr                               (678) 992-1201

# CERTIFICATE OF SERVICE

Case No: A18-62259-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
WANDA YVETTE KNIGHT
160 COUNTRY PLACE DRIVE
STOCKBRIDGE, GA  30281

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 3rd day of June, 2019.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201